UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| BANK OF AMERICA NA<br>Plaintiff, | )<br>)<br>) |
| v. | ) Civil No. 2:23-cv-00079-JDL<br>) |
| DANA R ALLEN, et al<br>Defendants, | )<br>) |

## JUDGMENT

In accordance with the Order entered by Chief U.S. District Judge Jon D. Levy on May 9, 2023,

JUDGMENT of dismissal without prejudice is hereby entered.

                                        CHRISTA K. BERRY
                                        CLERK

                           By:   /s/ Charity Pelletier
                                  Deputy Clerk

Dated: May 19, 2023